UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LISA BELYEW,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>LARRY LORMAN, et al.,<br><br>　　　　　Defendants. | No. 2:17-cv-0723 CKD P<br><br><br>ORDER |

　　　　Plaintiff, a Butte County Jail inmate proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983 together with a request for leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. Plaintiff has not, however, filed a certified copy of her jail trust account statement for the six month period immediately preceding the filing of the complaint. See 28 U.S.C. § 1915(a)(2). Plaintiff will be provided the opportunity to submit a certified copy of her trust account statement.

　　　　In accordance with the above, IT IS HEREBY ORDERED that plaintiff shall submit, within thirty days from the date of this order, a certified copy of her jail trust account statement for the six month period immediately preceding the filing of the complaint. Plaintiff's failure to

/////
/////
/////
/////

1

comply with this order will result in a recommendation that this action be dismissed without prejudice.

Dated: April 12, 2017

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1/kly
bely0723.3c.new