1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   LISA BELYEW,                          No.  2:17-cv-0723 CKD P

12              Plaintiff,

13        v.

14   LARRY LORMAN, et al.,                 ORDER

15              Defendants.

16

17        Plaintiff has filed a motion asking that the court order various parties to provide certain

18   items to the court and that the court then hold those items for a trial which has not yet been

19   scheduled.  Plaintiff fails to point to any valid authority in support of this request and has not

20   shown good cause for the granting of such a request.  Accordingly, the request will be denied.

21   The court views plaintiff's request as frivolous and plaintiff is warned that if she continues to file

22   frivolous motions with the court, sanctions, including monetary sanctions or dismissal of this

23   action, may issue.

24   /////

25   /////

26   /////

27   /////

28   /////

1

Accordingly, IT IS HEREBY ORDERED that plaintiff's April 19, 2018 "motion for pretrial discovery . . ." (ECF No. 34) is denied.

Dated: May 18, 2018

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
bely0723.mfd