UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LISA BELYEW,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>LARRY LORMAN, et al.,<br><br>　　　　Defendants. | No. 2:17-cv-0723 MCE CKD P<br><br><br>ORDER |

Plaintiff is a California prisoner proceeding pro se with an action for violation of civil rights. Defendant Lorman's motion for summary judgment is pending before the court. The motion was fully briefed as of May 22, 2019. Plaintiff filed supplements to her opposition on May 31, 2019 (ECF No. 64), June 6, 2019 (ECF No. 65), June 20, 2019 (ECF No. 67) and June 21, 2019 (ECF No. 68) without seeking leave to do so. Defendant moves to strike the May 31 and June 6 submissions.

With respect to the May 31 document, it appears plaintiff may have been confused as to whether the granting of an extension of time by the court on May 17, 2019 rendered this document properly filed. Also, this document is fairly straight-forward, not unnecessarily long, and not materially repetitive of material already filed. Considering the above along with the leeway the court must grant pro se litigants, and considering it does not appear defendant will be
/////

1

prejudiced by the court's consideration of the material, the motion to strike will be denied with respect to the May 31 document.

The June 6 document is merely an attempt by plaintiff to respond to evidentiary objections made by defendant in his reply brief. Again, considering the leeway the court must give to pro se litigants, especially with respect to technical requirements concerning evidence, the motion to strike will be denied as to this document as well.

However, the documents filed by plaintiff on June 20, 2019 and June 21, 2019 are clearly late without any justification and are repetitive of matters already addressed by plaintiff. These documents will not be considered by the court when ruling upon defendant's motion for summary judgment.

Accordingly, IT IS HEREBY ORDERED that:

1. Defendant's motion to strike (ECF No. 66) is denied; and

2. The court sua sponte strikes documents filed by plaintiff on June 20, 2019 (ECF No. 67) and June 21, 2019 (ECF No. 68).

Dated: February 3, 2020

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
bely0723.msj