UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LISA BELYEW, | No. 2:17-cv-0723 MCE CKD P |
| Plaintiff, | |
| v. | ORDER |
| LARRY LORMAN, et al., | |
| Defendants. | |

Plaintiff has filed a motion in limine. Since there is no trial date scheduled, the motion (ECF No. 84) is denied without prejudice. The parties will be informed when motions in limine should be filed in the court's pretrial order.

Dated: September 25, 2020

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
bely0723.msj