## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LISA BELYEW, | No. 2:17-cv-0723 MCE CKD P |
| Plaintiff, | |
| v. | |
| LARRY LORMAN, et al., | **ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM** |
| Defendants. | |

Lisa Belyew, CDCR # WG-0016, a necessary and material witness in a settlement conference in this case on February 22, 2022, is confined in the Central California Women's Facility (CCWF), in the custody of the Warden.  In order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before Magistrate Judge Stanley A. Boone, by **Zoom video conference** from her place of confinement, on **Tuesday, February 22, 2022 at 1:30 p.m.**

ACCORDINGLY, IT IS ORDERED that:

1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above, by Zoom video conference, to participate in a settlement conference at the time and place above, until completion of the settlement conference or as ordered by the court.  Zoom video conference connection information will be supplied via separate email.

2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

3. The Clerk of the Court is directed to serve a copy of this order via fax on the Litigation Office at the Central California Women's Facility at (559) 665-6020 or via email.

4. Any difficulties connecting to the Zoom video conference shall immediately be reported to Victoria Gonzales, Courtroom Deputy, at vgonzales@caed.uscourts.gov.

### WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**To: Warden, CCWF, P. O. Box 1501, Chowchilla, California 93610:**

**WE COMMAND** you to produce the inmate named above to testify before Judge Boone at the time and place above, by Zoom video conference, until completion of the settlement conference or as ordered by the court.

**FURTHER,** you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

Dated:  January 25, 2022

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE