UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LISA MARIE BELYEW,<br><br>  Plaintiff,<br><br>  v.<br><br>LARRY LORMAN, et al.,<br><br>  Defendants. | No.  2:17-cv-0723 MCE CKD P<br><br><br><br>ORDER |

Plaintiff has filed a motion asking that the court order the Colusa County Sheriff's Office to provide plaintiff with a copy of her booking photo. As plaintiff fails to point to anything suggesting that the court has the authority to enter such an order, the motion (ECF No. 95) is denied. The court suggests plaintiff obtain a copy directly from Colusa County.

Dated: April 11, 2023

_Carolyn K. Delaney_
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
bely0723.bp

1