1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9               FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   LISA MARIE BELYEW,                    No.  2:17-cv-0723 DJC-CKD-P

12              Plaintiff,

13        v.                               ORDER

14   LARRY LORMAN, et al.,

15              Defendants.

16

17        Plaintiff is a California prisoner proceeding pro se with an action for violation of

18   civil rights under 42 U.S.C. § 1983.  A trial confirmation hearing is scheduled for

19   September 7, 2023 and trial is scheduled to begin October 30, 2023.  Plaintiff has

20   filed a motion asking that this matter be stayed due to her having difficulties preparing

21   for trial.  The Court notes that this case has been pending since 2017, and motion

22   practice in this matter concluded in March 2020.  Plaintiff in effect asks for an

23   indefinite stay pending her release from custody, which does not appear imminent.

24   ////

25   ////

26   ////

27   ////

28   ////

Therefore, good cause appearing, IT IS HEREBY ORDERED that Plaintiff's motion for a stay (ECF No. 101) is denied.  At the trial confirmation, Plaintiff is free to indicate to the Court any material difficulties she is having preparing for trial and the Court will rule as appropriate.


IT IS SO ORDERED.

Dated:   **July 10, 2023**

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE

bely0723.sty

2