UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LISA BELYEW, | No. 2:17-cv-0723 DJC CKD P |
| Plaintiff, | |
| v. | ORDER |
| LARRY LORMAN, et al., | |
| Defendants. | |

A trial confirmation hearing is scheduled in this matter for September 7, 2023. Because plaintiff will appear via Zoom and not in person as originally scheduled, IT IS HEREBY ORDERED that each party serve copies of their exhibits on the other party no later than October 31, 2023.

Dated: August 9, 2023

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
bely0723.exs

1