UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LISA MARIE PEREZ, | No. 2:17-cv-0723 DJC CKD P |
| Plaintiff, | |
| v. | ORDER |
| LARRY LORMAN, et al., | |
| Defendants. | |

Plaintiff is proceeding pro se and in forma pauperis with an appeal of judgment entered in this matter on February 21, 2024. She requests that the court provide her with transcripts of proceedings occurring on September 7, 2023, and February 15, 2024. The Ninth Circuit has already found that plaintiff is entitled to transcripts from proceedings in this action at the government's expense pursuant to 28 U.S.C. § 753(f). ECF No. 198.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's June 3, 2024, request for transcripts (ECF No 197) is granted;

2. The court reporters assigned to hearings occurring on September 7, 2023 (ECF No. 113) and February 15, 2024 (ECF No. 178) shall provide transcripts of those proceedings to plaintiff and the court no later than July 1, 2024;

3. The Clerk of the Court is authorized to pay the court reporters for the transcripts at the 14-day expedited rate; and

4. The Clerk of the Court shall serve a copy of this order upon Ana Rivas, Court Services Supervisor.

Dated: June 10, 2024

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
pere0723.tran